STATE v. TURGEON

No. 51 PC.

Case below: 44 N.C. App. 547.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

STATE v. WOMBLE

No. 44 PC.

Case below: 44 N.C. App. 503.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

STATE BAR v. COMBS

No. 27 PC.

Case below: 44 N.C. App. 447.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

TALLEY v. TALLEY

No. 30 PC.

Case below: 44 N.C. App. 613.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.